Irene B. Levy, Appellee, v. City of Chicago et al., Appellants.

Gen. No. 43,066.

opinion filed
May 20, 1947; released for publication June 9, 1947. Barnet Hodes, Corporation Counsel, for appellant; Alexander J. Resa, John C. Melaniphy and Francis S. Lorenz, of counsel; Urion, Bishop & Sladkey, for appellee; Howard F. Bishop and George P. Novak, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.